UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWAY PLAZA LP,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REBECCA ZATARAIN, and LUIS FERNANDO OCHOA CASTRO,<br><br>　　　　　　　Defendants. | Case No.: 22-CV-90 JLS (JLB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 2) |

　　　Presently before the Court is Plaintiff Midway Plaza LP's Motion to Remand to State Court (ECF No. 2). Defendants have not filed an opposition to the Motion. *See generally* Docket. On its own motion, the Court **VACATES** the hearing scheduled for March 17, 2022, at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: March 10, 2022

　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge